N-15

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

RAMON ALVAREZ and all others similarly )
situated under 29 U.S.C. 216(B), )
  )
  Plaintiff, )
vs. )        14-CV-61277-Rosenberg/Brannon
  )
4620 UNIVERSITY, INC. d/b/a )
INVERRARY DINER et al, )
  )
  Defendants. )
_____ )

*Just amended complaint*

SERVED
DATE 11/4/14
TIME 11:95 a
BY _____ SER# 4

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
JARBAL, INC. d/b/a INVERRARY DINER
Registered Agent: Elsa Baldeon
8009 NW 59th Lane
Tamarac, FL 33321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **October 22, 2014**

Steven M. Larimore
Clerk of Court

s/L. Harris
Deputy Clerk
U.S. District Courts

187

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-61277

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Jorbal, Inc.___

was received by me on *(date)* ___10/27/14___.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ___Ela Golod___ , who is
designated by law to accept service of process on behalf of *(name of organization)* ___Jorbal, Inc.___
_____ on *(date)* ___11/4/14___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __90.00__

I declare under penalty of perjury that this information is true.

Date: ___11/4/14___

_____
Server's signature

___Gary Karm___
Printed name and title

___Boca Raton, FL___
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

RAMON ALVAREZ and all others similarly )
situated under 29 U.S.C. 216(B), )
)
Plaintiff, )
vs. )   14-CV-61277-Rosenberg/Brannon
)
4620 UNIVERSITY, INC. d/b/a )
INVERRARY DINER et al, )
)
Defendants. )

*Jus [Amended Complaint]*

SERVED
DATE 11/9/14
TIME 11:45 am
BY _____ CER# 49

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
DARIN R. GAGNE
4620 North University Drive
Lauderhill, Florida 33351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **October 22, 2014**

Steven M. Larimore
Clerk of Court

s/L. Harris
Deputy Clerk
U.S. District Courts



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-61277

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ORLIN A. GAGNE
was received by me on *(date)* 10/w/14 .

☒ I personally served the summons on the individual at *(place)* 961 N. Dairy Drive
Loveshill, FL on *(date)* 11/4/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/4/14

_____
*Server's signature*

Emily Kmon
*Printed name and title*

See 9/ W/mm Ph
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

RAMON ALVAREZ and all others similarly )
situated under 29 U.S.C. 216(B), )
 )
        Plaintiff, )
vs. )    14-CV-61277-Rosenberg/Brannon
 )
4620 UNIVERSITY, INC. d/b/a )
INVERRARY DINER et al, )
 )
        Defendants. )
 )
_____ )

*First Amended Complaint*

DATE SERVED 11/4/14
TIME 11:45 AM
BY _____ CERT ___

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ALEX QUINTANA
4620 North University Drive
Lauderhill, Florida 33351

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **October 22, 2014**

Steven M. Larimore
Clerk of Court

s/L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14 6177

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alex Quintana

was received by me on *(date)* 10/14/14.

☑ personally served the summons on the individual at *(place)* 4620 N. University Drive, Lauderhill, FL on *(date)* 11/4/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20 for travel and $ 20 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 11/4/14

_____
Server's signature

Cenue Tony
Printed name and title

Ser 61 Nm Fh
Server's address

Additional information regarding attempted service, etc: