UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-61277-CIV-COOKE/TORRES

RAMON ALVAREZ and all others similarly )
situated under 29 U.S.C. 216(B),       )
          Plaintiff,                    )
     vs.                                )
                                        )
JARBAL, INC. D/B/A INVERRARY DINER      )
DARIN R. GAGNE                          )
ALEX QUINTANA                           )
                                        )
          Defendants.                   )
                                        )
                                        )
                                        )

**MOTION FOR DEFAULT PURSUANT TO SETTLEMENT**

Comes Now Plaintiff, by and through undersigned counsel and hereby files Plaintiff's Motion for Default Pursuant to Settlement and in support thereof state as follows:

1. On June 29, 2015, the parties filed with the Court their settlement agreement that they agreed to which resolved this action [DE 69].

2. On July 7, 2015, the Court approved of the settlement agreement and dismissed the case [DE 70]. This order established that the Court would retain jurisdiction to enforce the settlement agreement.

3. The settlement agreement [DE 69-1] contained a provision at section 4 which states that:

   In the event JARBAL fails to comply with the obligations set forth in paragraph 1 and paragraph 2, then ALVAREZ shall provide JARBAL and JARBAL'S attorney written notice of default and ALVAREZ shall be entitled to a Final Judgment in the amount of Seventeen Thousand and Five Hundred Dollars ($17,500.00) against JARBAL.

4. The final payment in this matter was due on November 4, 2015. Defendants JARBAL have failed to make the third, fourth, and fifth payment under the

settlement agreement.  Plaintiff Alvarez has delivered notice on November 9, 2015 to Defendant and his attorney via an e-mail.

5. The obligation to the payment of $17,500.00 is due and outstanding pursuant to the agreement.  Plaintiff Alvarez requests that this Court enter an order pursuant to the settlement agreement.

Respectfully submitted this 23rd day of November, 2015.

>Respectfully Submitted,
>
>Elizabeth O. Hueber
>J.H. Zidell, P.A.
>Attorney for Plaintiff
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865 – 7167
>
>By:__/s// Elizabeth O. Hueber__
>    Elizabeth Olivia Hueber
>    Florida Bar Number: 0073061

## CERTIFICATE OF CONFERRAL

I certify that on this 23rd day of November, 2015, I communicated with counsel for Defendant regarding the contents of this motion.  Based on context of the conversation, he opposed this motion.

>By:__/s// Elizabeth O. Hueber__
>    Elizabeth Olivia Hueber

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion for Default Pursuant to Settlement Agreement was served via ECF on this 23rd day of November, 2015.

                                              Elizabeth O. Hueber
                                              J.H. Zidell, P.A.
                                              Attorney for Plaintiff
                                              300 71st Street, Suite 605
                                              Miami Beach, Florida 33141
                                              Tel: (305) 865-6766
                                              Fax: (305) 865 – 7167

                                              By:__/s// Elizabeth O. Hueber__
                                                  Elizabeth Olivia Hueber
                                                    Florida Bar Number: 0073061

Mark J. Berkowitz
Florida Bar: 36931
Mark J. Berkwitz, P.A.
800 S.E. Third Avenue, Suite 400
MFt. Lauderdale, Florida, 33131
Tel: 954-527-0570
Fax: 954-767-0483
mjb2157@aol.com
Attorney for Defendants